IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00996-RPM

VUKOSLAV E. AGUIRRE,

           Plaintiff,

v.

ARNOLD WHIPPLE LARA,
GARY L. TRUJILLO,
GARY A. MAGNUSON,
J. MICHAEL ZIKA,
OCEANUS GROUP, CES, LLC, a State of Delaware limited liability company, and
INFORMATICS CORPORATION, a State of Delaware corporation,

           Defendant.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

On June 2, 2005, an Order to Show Cause issued as to why the civil action should not be remanded for deficiencies in the notice of removal. On June 6, 2005, removing defendant J. Michael Zika filed a response, identifying his citizenship as that of the State of California and asserting that no other defendant named in the complaint has been served. On July 7, 2005, the plaintiff filed his response indicating no opposition to removal and that the other defendants had not been served. It is therefore

ORDERED that the order to show cause is discharged.

DATED: July 8th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge