IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00996-RPM

VUKOSLAV E. AGUIRRE,

       Plaintiff,

v.

ARNOLD WHIPPLE LARA,
GARY L. TRUJILLO,
GARY A. MAGNUSON,
J. MICHAEL ZIKA,
OCEANUS GROUP, CES, LLC, a State of Delaware limited liability company, and
INFORMATICS CORPORATION, a State of Delaware corporation,

       Defendants.

_____

ORDER ON MOTIONS
_____

Upon a review of the pleadings filed in this civil action, it is

ORDERED AS FOLLOWS:

1. Plaintiff's motion to amend complaint is granted and the second amended complaint tendered therewith is ordered filed.

2. The motion to dismiss for lack of personal jurisdiction by Defendant Gary A. Magnuson is denied.

3. The allegations of the second amended complaint regarding civil conspiracy are sufficient to state a *prima facie* basis for personal jurisdiction over the defendant Gary L. Trujillo and his motion to dismiss for insufficient service of process and lack of personal

        jurisdiction is denied.

4.     The motion to dismiss by defendants Oceanus Group, CES, LLC, and Informatics Corporation is denied.

5.     The motion for order to allow alternative or substituted service on defendant Arnold Whipple Lara is denied.

DATED: December 5, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge