IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00996-RPM

VUKOSLAV E. AGUIRRE,

        Plaintiff,

v.

ARNOLD WHIPPLE LARA,
GARY L. TRUJILLO,
GARY A. MAGNUSON,
J. MICHAEL ZIKA,
OCEANUS GROUP, CES, LLC, a State of Delaware limited liability company, and
INFORMATICS CORPORATION, a State of Delaware corporation,

        Defendants.
_____

### ORDER GRANTING MOTION TO WITHDRAW
_____

Upon consideration of the motion to withdraw as attorneys of record for Oceanus Group, CES, LLC and Informatics Corporation (Doc. # 43), filed by Timothy O'Neill and Ryan C. Carson on December 16, 2005, it is

ORDERED that the motion is granted and Timothy O'Neill and Ryan C. Carson are relieved of any further responsibilities in this matter.

DATED: December 19, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge