# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-996-RPM

VUKOSLAV E. AGUIRRE,

Plaintiff,

v.

ARNOLD WHIPPLE LARA,
GARY TRUJILLO,
GARY A. MAGNUSON,
J. MICHAEL ZIKA,
OCEANUS GROUP, CES, LLC, a State of Delaware limited liability company, and
INFORMATICS CORPORATION, a State of Nevada corporation,

Defendant.

---

## ORDER REGARDING JOINT STATEMENT REGARDING SETTLEMENT AND MOTION FOR ORDER REQUIRING THE PARTIES TO FILE DISMISSAL-RELATED PAPERS ON OR BEFORE FEBRUARY 20, 2006

THIS MATTER coming before the Court on the Defendants Informatics, Oceanus, Magnuson and Whipple's, and Plaintiff Aguirre's Joint Statement Regarding Settlement and Motion for Order Requiring the Parties to File Dismissal-Related Papers on or Before February 20, 2006.  The Court having reviewed the same and being fully advised in the premises;

HEREBY ORDERS that the requested motion to file dismissal-related papers is granted on or before February 20, 2006 is granted.  The Court hereby grants the aforementioned parties to and including, Monday, February 20, 2006, to file the appropriate dismissal-related papers.

2

Dated this 31st day of January, 2006.

BY THE COURT:

s/Richard P. Matsch

---

Judge Richard P. Matsch
United States District Court Judge

132223