IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

STATES DISTRICT C...
DENVER, COLORADO

APR 18 2006

GREGORY C. LANGHA[M]

Civil Action No. 05-cv-00996-RPM

VUKOSLAV E. AGUIRRE,

Plaintiff,

v.

ARNOLD WHIPPLE LARA,
GARY TRUJILLO,
GARY A. MAGNUSON,
J. MICHAEL ZIKA,
OCEANUS GROUP, CES, LLC, a State of Delaware limited liability company, and
INFORMATICS CORPORATION, a State of Nevada corporation,

Defendants.

---

ORDER OF DISMISSAL

---

THIS MATTER is before the Court pursuant to Plaintiff Aguirre and Defendants Arnold Whipple Lara, Gary A. Magnuson, J. Michael Zika, Gary Trujillo, Oceanus Group, CES, LLC and Informatics Corporation's Stipulation of Dismissal with Prejudice.

THE COURT having reviewed the stipulation and being otherwise fully advised in the premises, hereby

ORDERS that this matter is dismissed with prejudice with each party to pay its own fees and costs.

140595

Dated this __18__ day of April, 2006.

BY THE COURT:

*[signature]*
Judge Richard P. Matsch
United States District Court Judge

140595